IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

    Plaintiff,                                  CV F 06 1528 LJO WMW   P

  vs.                                        ORDER DISMISSING ACTION

W. D. NELSON, et al.,

    Defendants.

Plaintiff has filed a motion for voluntary dismissal. Plaintiff seeks to "dismiss this action in whole, without prejudice." There has been no service of process and no appearance has been entered by any defendant. This action may dismissed on Plaintiff's motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:**   **March 12, 2007**                /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES DISTRICT JUDGE